

NUMBER 13-13-00313-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DANIEL LYNE,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

### On appeal from the 445th District Court
### of Cameron County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's unopposed motion to abate to correct defect in appellate record. The reporter's record does not contain exhibits that were admitted at trial. The parties request that this Court abate the appeal for thirty days to

allow the parties to correct the record. The parties advise they will attempt to submit the exhibits by agreement. If an agreement cannot be reached, the parties will set a hearing with the trial court to determine the outcome of the dispute. *See* TEX. R. APP. P. 34.6(e).

The Court, having examined and fully considered the documents on file and the unopposed motion to abate, is of the opinion that the motion to abate to correct defect in appellate record is GRANTED. This appeal is ordered ABATED until December 23, 2013, or until further order of this Court.

PER CURIAM

Delivered and filed the
12th day of December, 2013.